IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**LANEL CHAMBERS,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00025-TES-CHW-3** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Lanel Chambers' Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 372]. On October 11, 2022, the Grand Jury returned a multi-defendant, multi-count Indictment charging Defendant Lanel Chambers with one count of Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl. [Doc. 1]. On January 20, 2023, Defendant was arrested. Defendant pled not guilty at his arraignment on February 7, 2023, and was detained pending trial. [Doc. 111]; [Doc. 112]. On April 28, 2023, the Court issued an Order [Doc. 188] declaring this case complex due to the voluminous discovery, consisting of countless recordings, investigation reports, crime lab reports, and other electronic and tangible evidence. The Court has continued this case eight times, most recently setting the trial to begin on January 27, 2025. [Doc. 368].

Defendant filed this Motion seeking a ninth continuance. [Doc. 372]. In support

of his request, Defendant explains that his attorney is lead counsel for the defendant in a case "scheduled for trial on January 22, 2025, before J. Kearney in the United States District Court, District of the Virgin Islands." [*Id.* at ¶ 2]. This conflict renders defense counsel "unavailable to appear at the trial before this Court as it is set," and "no other associate admitted before this Court is available to appear." [*Id.* at ¶ 3]. Representing that "[t]he Government is unopposed" to this Motion, Defendant moves to continue. [*Id.* ¶¶ 4–5].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would create a conflict whereby Defendant's counsel would be unavailable to represent him. Moreover, the Court has already declared this case complex, which weighs in favor of granting this Motion. [Doc. 188]; *see* 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 372], **CONTINUES** the trial of this matter until March 24, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)–(B).

**SO ORDERED**, this 17th day of January, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**