# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **LANEL CHAMBERS,** *Defendant.* | **CRIMINAL ACTION NO. 3:22-cr-00025-TES-CHW-3** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Lanel Chambers' Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 378]. On October 11, 2022, the Grand Jury returned a multi-defendant, multi-count Indictment charging Defendant Lanel Chambers with one count of Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl. [Doc. 1]. Defendant was arrested on January 20, 2023, pleaded not guilty at his arraignment on February 7, 2023, and was detained pending trial. [Doc. 111]; [Doc. 112]. On April 28, 2023, the Court declared this case complex due to the voluminous discovery, consisting of countless recordings, investigation reports, crime lab reports, and other electronic and tangible evidence. [Doc. 188]. The Court has continued the trial nine times, most recently setting it for March 24, 2025. [Doc. 368].

Defendant now seeks a tenth continuance. [Doc. 378]. He explains that his attorney is lead defense counsel in a case "specially set for trial on Monday, March 24,

2025, . . . in the Rockdale County Superior Court." [*Id.* ¶ 2]. As a result, defense counsel is "unavailable to appear at the trial before this Court as it is set," and "no other associate admitted before this Court is available to appear." [*Id.* ¶ 3]. Defendant represents that the Government does not oppose this Motion. [*Id.* ¶¶ 4–5].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* Specifically, the Court has already declared this case complex, which weighs in favor of granting this Motion. *See id.* § 3161(h)(7)(B)(ii); [Doc. 188]. Moreover, failure to grant this continuance would create a conflict whereby Defendant's counsel would be unavailable to represent him. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 378] and **CONTINUES** the trial of this matter until April 21, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)–(B).

**SO ORDERED**, this 17th day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**