**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL ACTION NO.** |
| **LANEL CHAMBERS,** | **3:22-cr-00025-TES-CHW-3** |
| *Defendant.* | |

**ORDER GRANTING CONSENT MOTION FOR CONTINUANCE**

Before the Court is the Government's Consent Motion for Continuance in the Interest of Justice [Doc. 382]. On October 11, 2022, the Grand Jury returned a multi-defendant, multi-count Indictment charging Defendant with one count of Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl. [Doc. 1]. Defendant was arrested on January 20, 2023, pleaded not guilty at his arraignment on February 7, 2023, and was detained pending trial. [Doc. 111]; [Doc. 112]. On April 28, 2023, the Court declared this case complex due to the voluminous discovery, which includes countless recordings, investigation reports, crime lab reports, and other electronic and tangible evidence. [Doc. 188]. The Court has continued this case eleven times, most recently setting the trial for May 27, 2025. [Doc. 381]. With Defendant's consent, the Government now seeks a twelfth continuance. [Doc. 382, pp. 1–2].

The Court finds that granting the Government's request serves the ends of

justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the Government's request outweigh the interests of Defendant and the public in a speedy trial. *See id.* In addition to the Government's reasons for its request, the Court has declared this case complex, which weighs in favor of granting this Motion. *See id.* at § 3161(h)(7)(B)(ii); [Doc. 188].

Accordingly, the Court **GRANTS** the Government's Motion to Continue [Doc. 382] and **CONTINUES** the trial of this matter until July 8, 2025. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)–(B).

**SO ORDERED**, this 21st day of April, 2025.

S/ Tilman E. Self, III_____
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2